IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| RUBEN COREY McNABB-BEY, #236182, | ) ) ) |
| Plaintiff, | ) ) |
| vs. | ) )  CIVIL ACTION NO. 16-0250-CG-M |
| JIM ZEIGLER, | ) ) ) |
| Defendant. | ) |

## ORDER

After due and proper consideration of the issues raised, and there having been no objections filed, the Report and Recommendation of the Magistrate Judge made under 28 U.S.C. § 636(b)(1)(B) is **ADOPTED** as the opinion of this Court. It is **ORDERED** that this action be and is hereby **TRANSFERRED** to the United States District Court for the Middle District of Alabama.

The Clerk of Court shall take any action necessary to effect this transfer and is directed to close this case following transfer.

**DONE and ORDERED** this 6th day of July, 2016.

/s/  Callie V. S. Granade
SENIOR UNITED STATES DISTRICT JUDGE